**FILED**
**MAY 14, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 8 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kenneth Poindexter

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Orland Park

Orland Hill

Officer Ford

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Ca_____
(To be supplied by the Clerk of this Court)

08CV2599
JUDGE CONLON
MAG. JUDGE SCHENKIER

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.   Name: Kenneth Poindexter

    B.   List all aliases: _____

    C.   Prisoner identification number: R06316

    D.   Place of present confinement: Westeren Illinois

    E.   Address: 2500 Rt 99 south

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: Orland Park police Department

          Title: Police Officers

          Place of Employment: Orland Park

    B.   Defendant: Orland Hill police Department

          Title: Police officers

          Place of Employment: Orland Hill

    C.   Defendant: Officer Ford

          Title: Police officer

          Place of Employment: Orland Park

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: None

B. Approximate date of filing lawsuit: None

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: None

D. List all defendants: None

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): None

F. Name of judge to whom case was assigned: None

G. Basic claim made: None

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 6 2007 the defendant (Kenneth Binderibe) was stopped by an Orland Hill police officer and asked to approach his vehicle. When the defendant approach the vehicle the officer immediately exited the vehicle and proceeded to place the defendant in hand cuff. The defendant asked the officer why he was being placed in hand cuffs, and the officers replied that someone had to just fled the scene from another officer. And I'm holding you til the other officers arrives to see if your the person. Apone the other officers arrival he immedately walk up to defendant and grabbed him by his throat and asked why did u run from me. Before the defendant could answer he was throw against a tree and slammed to the payement. The officer proceeded to beat the defendant and other officers from Orland Park and Orland Hill on the scene also joined in with officer Frod. Which resulted in the defendant receiving a fractured wrist, bruised ribs and bruises and cuts over other part of his body. Resisting arrest was never mentioned in the charges. The defendant was charged with possesion of a stolen motor vehicle which the defendant never possesed.

After the beating the defendant received he was arrested and taking to the station where he was put in a holding cell and left there for two days without any medical attetion to the injuries he recive. The defendant feels that the charges that were placed on him were to hide the fact that he was beaten, and he also feels that this was all strated over racially profiling, because the officers just grabbed the first black male, ~~they saw after hearing over there radio that~~

It's been a year since the defendant received medical attention from the injuries he sustained from the beating and he feels that he will never again have full use of his right wrist and hand, and also he fills that he hasn't fully recovered mentaly from this and may never

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

10,000,000.00 for all his Centurly pain and suffering

**VI.**    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  24  day of  March , 20 08

Kenneth Poindexter
(Signature of plaintiff or plaintiffs)

Kenneth Poindexter
(Print name)

R06316
(I.D. Number)

2500 Rt 99 south

Mt Sterling, IL 62353
(Address)

6

Revised 9/2007